IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE NORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1122 |
| ) | |
| THE DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

THE DEFENDANT DISTRICT OF COLUMBIA'S
MOTION TO DISMISS THE COMPLAINT

Pursuant to *Fed. R. Civ. P.* 17, defendant the District of Columbia ("District"), by and through undersigned counsel, hereby moves this Court to dismiss the complaint filed against it. As reasons for this motion, the District states the following:

1. The University of the District of Columbia is a suable entity of the District. The District is therefore not the proper party in interest.

A memorandum of points and authorities in support of this motion and proposed order are attached hereto.

                                       Respectfully submitted,

                                       ROBERT SPAGNOLETTI
                                       Attorney General, D.C.

                                       GEORGE C. VALENTINE
                                       Deputy Attorney General, D.C.
                                       Civil Litigation Division

                                       PATRICIA A. JONES #428132
                                       Chief, General Litigation IV

                                                _____  
                                                GEORGE E. RICKMAN #433298  
                                                Assistant Attorney General  
                                                Section IV  
                                                General Litigation Division  
                                                P.O. Box 14600  
                                                Washington, DC 20044-4600  
                                                202-442-9840/fax 202-727-3625

Case 1:05-cv-01122-HHK-DAR     Document 2     Filed 07/11/2005     Page 2 of 5

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE NORRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 05-1122 |
| | ) |
| THE DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO DISMISS THE COMPLAINT**

**Preliminary Statement**

Plaintiff files suit under 42 U.S.C. § 1981 and the District of Columbia Human Rights Act, D.C., Official Code § 2-1402.41, for claims arising from the time she was a nursing student in the University of the District of Columbia School of Nursing ("UDC"). The District of Columbia is the only named defendant in this lawsuit.

Plaintiff, a Caucasian female, alleges that she was discriminated against in connection with the grading of her examinations, and that UDC ultimately forced her to leave the institution while another student, an African-American female, in similar circumstances was accommodated and not asked to leave the program. See Generally Complaint.

**Argument**

A.  **The University of District of Columbia is an independent, suable entity of the District. Therefore, the District of Columbia is not a party in interest.**

Under D.C. Official Code § 38-1202.01(a), UDC is established as an independent entity of the District of Columbia. It states, in part:

> "…it shall have the power to adopt, alter, and use a corporate seal which shall be judicially notice; and to make contracts; *to sue and be sued, to complain and defend in its own name in any court of competent jurisdiction* (emphasis added)…"

The capacity to sue and be sued is governed by state law and where the statute clearly vests an entity with such authority, that entity is the proper party in interest. *Fed. R. Civ. P.* 17(b) also see *Bridges v. Kelly,* 977 F. Supp. 503, 506 n.4 (D.D.C. 1997).

In this case, plaintiff has only named and served the District of Columbia ("District") as a defendant. The District is not the proper party interest and the complaint, pursuant to *Fed. R. Civ. P.* 17, must therefore be dismissed.

Respectfully submitted,

ROBERT SPAGNOLETTI
Attorney General, D.C.

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

PATRICIA A. JONES #428132
Chief, General Litigation IV

GEORGE E. RICKMAN #433298
Assistant Attorney General
Section IV
General Litigation Division
P.O. Box 14600
Washington, DC 20044-4600
202-442-9840/fax 202-727-3625

Case 1:05-cv-01122-HHK-DAR   Document 2   Filed 07/11/2005   Page 5 of 5