IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE NORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1122 |
| ) | |
| THE DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon consideration of the defendant District of Columbia's Motion to Dismiss the Complaint and memorandum in support thereof, any opposition thereto, any reply, the facts, the law and the record herein, it is this _____ day of _____ 2005, and it is,

**ORDERED:** that the defendant District of Columbia's Motion to Dismiss the Complaint is hereby **GRANTED;** and it is,

**FURTHER ORDERED:** that the complaint in Civil Action No. 05-1122 is hereby **DISMISSED with prejudice against the District of Columbia.**

                                                  HENRY KENNEDY
                                                  United States District Court Judge