# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICOLE NORRIS** : | |
| 16111 Brandywine Road : | |
| Brandywine, Maryland 20613 : | Case No.: 05-1122 |
| : | |
| Plaintiff, : | |
| : | **JURY DEMAND** |
| v. : | |
| : | |
| **DISTRICT OF COLUMBIA** : | |
| **GOVERNMENT** : | |
| Executive Office of the Mayor : | |
| The John A. Wilson Building : | |
| 1350 Pennsylvania Avenue, N.W. : | |
| Washington, D.C. 20004 : | |
| : | |
| Defendant. : | |

## PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE AMENDED COMPLAINT

COMES NOW PLAINTIFF, Nicole Norris, by and through counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., pursuant to Federal Rule of Civil Procedure 15(a) and Local Rule 15.1, and hereby files this Motion for Leave of Court to File Plaintiff's Amended Complaint. Plaintiff's arguments in support of this Motion are more fully set forth in the accompanying Memorandum of Points and Authorities, hereby incorporated by reference.

Respectfully submitted,

_____/s/_____
Jimmy A. Bell, Esq.
The Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620 (Tel)
(301) 599-7623 (Fax)
Bar No. 14639

Dated: July 13, 2005

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **NICOLE NORRIS** | : | |
| 16111 Brandywine Road | : | |
| Brandywine, Maryland 20613 | : | Case No.: 05-1122 |
| | : | |
| Plaintiff, | : | |
| | : | **JURY DEMAND** |
| v. | : | |
| | : | |
| **DISTRICT OF COLUMBIA** | : | |
| **GOVERNMENT** | : | |
| Executive Office of the Mayor | : | |
| The John A. Wilson Building | : | |
| 1350 Pennsylvania Avenue, N.W. | : | |
| Washington, D.C. 20004 | : | |
| | : | |
| Defendant. | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE PLAINTIFF'S AMENDED COMPLAINT**

COMES NOW PLAINTIFF, Nicole Norris, by and through counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., to hereby file this Memorandum of Points and Authorities in Support of Plaintiff's Motion for Leave of Court to File Plaintiff's Amended Complaint.

For cause, Plaintiff states the following:

1. Fed. R. Civ. P. "15 (a) declares that leave to amend 'shall be freely given when justice so requires'; this mandate is to be heeded." Foman v. Davis, 371 U.S. 178, 182, 83 S. Ct. 227 (1962) (See also, Material Supply Int'l, Inc. v. Sunmatch Indus. Co., 146 F.3d 983, 991 (D.C. Cir. 1998).

2. Specifically, Rule 15(a) further allows a party to "amend the party's pleading once as a matter of course at any time before a responsive pleading is served or…by leave of court or by written consent of the adverse party…"

3. Since the filing of Plaintiff's Complaint on June 7, 2005, Plaintiff has come to understand that, pursuant to D.C. Code §38-1202.01(a), the University of the District of Columbia is in fact a suable entity. As the University of the District of Columbia is a suable entity, Plaintiff would like to amend her lawsuit to add this entity as a Defendant in the above-captioned matter. *See Exhibit A* – Plaintiff's Amended Complaint.

4. Plaintiff's counsel attempted to contact counsel for Defendant District of Columbia Government, George E. Rickman, on July 13, 2005 to see if he consented to Plaintiff's Motion. However, Defendant's counsel was unavailable.

5. Defendant will not be prejudiced if this Motion is granted.

WHEREFORE, for the foregoing reasons, Plaintiff Norris requests that this Honorable Court grant the Plaintiff's Motion for Leave of Court to File an Amended Complaint.

        Respectfully submitted,

        _____/s/_____
        Jimmy A. Bell, Esq.
        The Law Office of Jimmy A. Bell, P.C.
        9610 Marlboro Pike
        Upper Marlboro, MD 20772
        (301) 599-7620 (Tel)
        (301) 599-7623 (Fax)
        Bar No. 14639

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **NICOLE NORRIS** | : | |
| 16111 Brandywine Road | : | |
| Brandywine, Maryland 20613 | : | Case No.: 05-1122 |
| | : | |
| Plaintiff, | : | |
| | : | **JURY DEMAND** |
| v. | : | |
| | : | |
| **DISTRICT OF COLUMBIA** | : | |
| **GOVERNMENT** | : | |
| Executive Office of the Mayor | : | |
| The John A. Wilson Building | : | |
| 1350 Pennsylvania Avenue, N.W. | : | |
| Washington, D.C. 20004 | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

Upon consideration of Plaintiff's Motion for Leave of Court to File an Amended Complaint, and in the interests of justice, it is this _____, day of _____, 2005, hereby

ORDERED that Plaintiff's Motion is granted.

_____
United States District Court Judge

4