IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICOLE NORRIS** : | |
| 16111 Brandywine Road : | |
| Brandywine, Maryland 20613 : | Case No.: 05-1122 |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| **DISTRICT OF COLUMBIA** : | |
| **GOVERNMENT** : | |
| Executive Office of the Mayor : | |
| The John A. Wilson Building : | |
| 1350 Pennsylvania Avenue, N.W. : | |
| Washington, D.C. 20004 : | |
| : | |
| Defendant. : | |

**PLAINTIFF'S MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE AMENDED COMPLAINT**

COMES NOW PLAINTIFF, Nicole Norris, by and through counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and hereby files this Motion to Withdraw Plaintiff's Motion for Leave of Court to File Plaintiff's Amended Complaint. Plaintiff's arguments in support of this Motion are more fully set forth in the accompanying Memorandum of Points and Authorities, hereby incorporated by reference.

                                                     Respectfully submitted,

                                                     _____/s/_____
                                                     Jimmy A. Bell, Esq.
                                                     The Law Office of Jimmy A. Bell, P.C.
                                                     9610 Marlboro Pike
                                                     Upper Marlboro, MD 20772
                                                     (301) 599-7620 (Tel)
                                                     (301) 599-7623 (Fax)
                                                     Bar No. 14639

Dated:  July 21, 2005

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **NICOLE NORRIS** | : | |
| 16111 Brandywine Road | : | |
| Brandywine, Maryland 20613 | : | Case No.: 05-1122 |
| | : | |
| Plaintiff, | : | |
| | : | **JURY DEMAND** |
| v. | : | |
| | : | |
| **DISTRICT OF COLUMBIA** | : | |
| **GOVERNMENT** | : | |
| Executive Office of the Mayor | : | |
| The John A. Wilson Building | : | |
| 1350 Pennsylvania Avenue, N.W. | : | |
| Washington, D.C. 20004 | : | |
| | : | |
| Defendant. | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE PLAINTIFF'S AMENDED COMPLAINT**

COMES NOW PLAINTIFF, Nicole Norris, by and through counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., to hereby file this Memorandum of Points and Authorities in Support of Plaintiff's Motion to Withdraw Plaintiff's Motion for Leave of Court to File Plaintiff's Amended Complaint.

For cause, Plaintiff states the following:

1. Fed. R. Civ. P. "15 (a) declares that leave to amend 'shall be freely given when justice so requires'; this mandate is to be heeded." Foman v. Davis, 371 U.S. 178, 182, 83 S. Ct. 227 (1962) (See also, Material Supply Int'l, Inc. v. Sunmatch Indus. Co., 146 F.3d 983, 991 (D.C. Cir. 1998).

2. Specifically, Rule 15(a) further allows a party to "amend the party's pleading once as a matter of course at any time before a responsive pleading is served or…by leave of court or by written consent of the adverse party…"

3. Although Defendant filed a Motion to Dismiss in this matter on July 11, 2005, according to <u>James v. Hurson Assocs., Inc.</u>, 229 F.3d 277, 283 (D.C. Cir. 2000), "a motion to dismiss is not a responsive pleading for the purposes of Rule 15."

4. Thus, as Plaintiff is permitted by the Federal Rules to amend her "pleading once as a matter of course at any time before a responsive pleading is served," and as Plaintiff has not heretofore amended her complaint, and as Defendant's Motion to Dismiss does not qualify as a responsive pleading, Plaintiff wishes to withdraw her Motion for Leave to file an Amended Complaint as she does not need to seek leave of this Court to file an amended complaint.

5. Defendant will not be prejudiced if this Motion is granted.

WHEREFORE, for the foregoing reasons, Plaintiff Norris requests that this Honorable Court grant the Plaintiff's Motion to Withdraw Plaintiff's Motion for Leave of Court to File an Amended Complaint.

                                            Respectfully submitted,

                                            _____/s/_____
                                            Jimmy A. Bell, Esq.
                                            The Law Office of Jimmy A. Bell, P.C.
                                            9610 Marlboro Pike
                                            Upper Marlboro, MD 20772
                                            (301) 599-7620 (Tel)
                                            (301) 599-7623 (Fax)
                                            Bar No. MD 14639
                                            Counsel for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **NICOLE NORRIS** | : | |
| 16111 Brandywine Road | : | |
| Brandywine, Maryland 20613 | : | Case No.: 05-1122 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **DISTRICT OF COLUMBIA** | : | |
| **GOVERNMENT** | : | |
| Executive Office of the Mayor | : | |
| The John A. Wilson Building | : | |
| 1350 Pennsylvania Avenue, N.W. | : | |
| Washington, D.C. 20004 | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

Upon consideration of Plaintiff's Motion to Withdraw Plaintiff's Motion for Leave of Court to File an Amended Complaint, and in the interests of justice, it is this _____, day of _____, 2005, hereby

ORDERED that Plaintiff's Motion to Withdraw Plaintiff's Motion for Leave of Court to File an Amended Complaint is granted.

_____
United States District Court Judge