**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **NICOLE NORRIS** | : | |
| 16111 Brandywine Road | : | |
| Brandywine, Maryland 20613 | : | Case No.: 05-1122 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **DISTRICT OF COLUMBIA** | : | |
| **GOVERNMENT** | : | |
| Executive Office of the Mayor | : | |
| The John A. Wilson Building | : | |
| 1350 Pennsylvania Avenue, N.W. | : | |
| Washington, D.C. 20004 | : | |
| | : | |
| **UNIVERSITY OF THE DISTRICT** | : | |
| **OF COLUMBIA** | : | |
| 4200 Connecticut Avenue, N.W. | : | |
| Washington, D.C. 20008 | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S NOTICE OF DISMISSAL AS TO ALL CLAIMS AGAINST THE DISTRICT OF COLUMBIA GOVERNMENT**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff hereby files the following Notice of Dismissal and for cause states the following:

1. According to Fed. R. Civ. P. 41(a)(1)(i), a plaintiff may dismiss an act without order of the court "by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment."

2. Defendant District of Columbia Government has yet to file an answer to the Plaintiff's Complaint in the above-captioned matter.

2

3. Defendant District of Columbia Government has yet to file a motion for summary judgment in the above-captioned matter.

WHEREFORE, Plaintiff Nicole Norris respectfully requests that this Honorable Court dismiss all claims filed by Plaintiff against the District of Columbia Government.

Respectfully submitted,

_____/s/_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
(301) 599-7623 (Fax)
Counsel for Plaintiff
Bar No. MD 14639

Dated: July 27, 2005

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **NICOLE NORRIS** | : | |
| 16111 Brandywine Road | : | |
| Brandywine, Maryland 20613 | : | Case No.: 05-1122 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **DISTRICT OF COLUMBIA** | : | |
| **GOVERNMENT** | : | |
| Executive Office of the Mayor | : | |
| The John A. Wilson Building | : | |
| 1350 Pennsylvania Avenue, N.W. | : | |
| Washington, D.C. 20004 | : | |
| | : | |
| **UNIVERSITY OF THE DISTRICT** | : | |
| **OF COLUMBIA** | : | |
| 4200 Connecticut Avenue, N.W. | : | |
| Washington, D.C. 20008 | : | |
| | : | |
| Defendants. | : | |

**ORDER**

In consideration of the Plaintiff's Notice of Dismissal, it is hereby ORDERED that all claims against the District of Columbia Government are dismissed.

_____
UNITED STATES DISTRICT JUDGE

3