IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICOLE NORRIS** <br> 16111 Brandywine Road <br> Brandywine, Maryland 20613 <br> <br> Plaintiff, <br> <br> v. <br> <br> **UNIVERSITY OF THE DISTRICT OF COLUMBIA** <br> 4200 Connecticut Avenue, N.W. <br> Washington, D.C. 20008 <br> <br> Defendants. | Case No.: 05-1122 |

**PLAINTIFF'S REQUEST FOR SUMMONS
AND TO RE-OPEN CASE**

COMES NOW, Plaintiff Nicole Norris, by and through Counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., hereby submits this Request for Summons and to Re-Open Case.

For cause, Plaintiff states the following:

### I. Plaintiff Properly Filed An Amended Complaint

1. The above-captioned case was filed on June 7, 2005.

2. On June 8, 2005, a summons was issued for the District of Columbia Government in the above-captioned case.

3. On July 21, 2005, Plaintiff filed an Amended Complaint which, amongst other things, named University of the District of Columbia as a Defendant.

4. According to Federal Rule of Civil Procedure 15(a) "[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served . . ."

5. Defendant has not filed an Answer in the instant case, nor has Defendant filed a motion for summary judgment. Defendant has, however, filed a motion to dismiss for lack of jurisdiction according to Federal Rule of Civil Procedure 12(b)(1)

6. A motion for summary judgment is not a "responsive pleading." See 3 Moore's Federal Practice P 15.07(2) (2d ed. 1978).

7. Filing a motion to dismiss, which the defendants did here, will not prevent a party from subsequently amending without its complaint leave of court. Cf. Kelly v. Delaware River Joint Comm., 187 F.2d 93 (3d Cir.), Cert. denied, 342 U.S. 812, 72 S. Ct. 25, 96 L. Ed. 614 (1951).

8. As Defendant has not filed any of the responsive pleadings, as recognized by Rule 15(a) or this Circuit, which would extinguish Plaintiff's right to notice its voluntary dismissal, Plaintiff is, according to Federal Rule of Civil Procedure 15(a), entitled to voluntarily dismiss the instant action without prejudice and without an order from this Court.

9. On July 21, 2005, along with her Amended Complaint, Plaintiff filed a Request for a Summons against Defendant University of the District of Columbia.

10. The Summons requested in paragraph 9 was never issued by the Court.

11. On July 27, 2005, Plaintiff filed a Notice of Voluntary Dismissal of Defendant District of Columbia Government.

12. On November 1, 2005, the above-captioned case was marked "Closed" on Official Court Electronic Document Filing System.

13. Upon information and belief, the above-captioned case was marked "Closed" because Plaintiff did not serve Defendant University of the District of Columbia with a Summons and Complaint.

14. Plaintiff was unable to serve Defendant University of the District of Columbia because the Court never issued a summons for Defendant University of the District of Columbia.

15. The above-captioned case was improperly marked "Closed" because Plaintiff was deprived of the opportunity to serve Defendant University of the District of Columbia with a Summons and Complaint.

16. "Every judgment . . . must be set forth on a separate document . . ." Fed. R. Civ. Pro. 58(a)(1)

17. No judgment or document has been issued to change the status of the case to "Closed."

18. The above-captioned case was improperly marked "Closed" because the Court has not issued a ruling, judgment, order, or other document described in Fed. R. Civ. Pro. 54(a) which designated it as "Closed."  See Fed. R. Civ. Pro. 58(a)(1).

WHEREFORE, for the foregoing reasons, Plaintiff requests that this Honorable Court GRANT his Request for Renewed Summons.

        Respectfully submitted,

        _____
        Jimmy A. Bell, Esq.
        Law Office of Jimmy A. Bell, P.C.
        9610 Marlboro Pike
        Upper Marlboro, Maryland 20772
        (301) 599-7620
        (301) 599-7623 (Fax)
        Bar No. MD 14639
        Counsel for Plaintiff

Dated:  November 22, 2005

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **NICOLE NORRIS** <br> 16111 Brandywine Road <br> Brandywine, Maryland 20613 <br> <br> Plaintiff, <br> <br> v. <br> <br> **UNIVERSITY OF THE DISTRICT OF COLUMBIA** <br> 4200 Connecticut Avenue, N.W. <br> Washington, D.C. 20008 <br> <br> Defendants. | Case No.: 05-1122 |

## **ORDER**

This matter came before the Court on the Plaintiff's Motion for Summons and to Re-Open Case. Having considered Plaintiff's Motion, any opposing documents, and in the interests of justice, it is this _____ day of _____, 2005, hereby

ORDERED that Plaintiff's Motion for Summons and to Re-Open the Action is GRANTED.

_____
United States District Court Judge

5