UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**NICOLE NORRIS,**
           **Plaintiff,**

      v.

**UNIVERSITY OF THE DISTRICT
OF COLUMBIA, et al.,**

           **Defendants.**

Civil Action 05-01122  (HHK)

**O R D E R**

This matter came before the court on the plaintiff's motion for summons and to re-open case. Having considered plaintiff's motion and the record of this case, the court concludes that the motion should be granted. Accordingly, it is this 22nd day of December, 2005, hereby,

**ORDERED** that plaintiff's motion for summons and to re-open this action is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall re-open this action and issue a summons as to defendant University of the District of Columbia.

                                            Henry H. Kennedy, Jr.
                                            United States District Judge