**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **NICOLE NORRIS** | : | |
| 16111 Brandywine Road | : | |
| Brandywine, Maryland 20613 | : | Case No.: 05-1122 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **UNIVERSITY OF THE DISTRICT** | : | |
| **OF COLUMBIA** | : | |
| 4200 Connecticut Avenue, N.W. | : | |
| Washington, D.C. 20008 | : | |
| | : | |
| Defendants. | : | |
| | : | |

**MOTION FOR LEAVE OF THE COURT TO**
**RE-ISSUE SUMMONS**

COMES NOW, Plaintiff Nicole Norris, by and through her attorney Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and respectfully asks this Court to reissue a summons to the Defendant in the above-captioned matter.

For cause, Plaintiff states the following:

1. Under Fed. R. Civ. P. 6(b), this Court may, at any time, and for cause shown, "enlarge the time period for an act required to be done in a specific time."

2. The above-captioned matter was re-opened on December 22, 2005.

3. A summons was issued in the matter described in paragraph 2 on December 23, 2006.

4. On or about March 15, 2006, Plaintiff discovered that her process server, an independent had "lost" the summons.

5. For this reason, Plaintiff asks this Court to reissue a summons to be served, along with the Complaint, to the Defendant.

WHEREFORE, for the foregoing reasons, Plaintiff requests that this Honorable Court GRANT Plaintiff's Motion.

                                  Respectfully submitted,

_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
(301) 599-7623 (Fax)
Counsel for Plaintiff
Bar No. MD 14639

Dated: March 29, 2006

2