## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **NICOLE NORRIS** | : | |
| 16111 Brandywine Road | : | |
| Brandywine, Maryland 20613 | : | Case No.: 05-1122 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **UNIVERSITY OF THE DISTRICT** | : | |
| **OF COLUMBIA** | : | |
| 4200 Connecticut Avenue, N.W. | : | |
| Washington, D.C. 20008 | : | |
| | : | |
| Defendants. | : | |

## ORDER

This matter came before the Court on the Plaintiff's Motion to Re-Issue

Summons.  Having considered Plaintiff's Motion, any opposing documents, and in the

interests of justice, it is this _____ day of _____, 2005, hereby

ORDERED that Plaintiff's Motion for Summons is GRANTED.

_____
United States District Court Judge