## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE NORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1122 |
| ) | |
| THE DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

### THE DEFENDANT THE UNIVERSITY OF THE DISTRICT OF COLUMBIA'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

The defendant University of the District of Columbia ("UDC"), by and through undersigned counsel and with the consent of plaintiff, hereby moves this Court to enlarge the time to respond to plaintiff's First Amended Complaint until May 15, 2006. Defendant UDC makes this motion pursuant to *Fed. Civ. P.* 6(a)(1) and for the reasons stated herein:

1. The UDC was served with plaintiff's Amended Complaint on or about April 11, 2006.[1]

2. UDC, with plaintiff's consent, seeks an enlargement of time to file its response to plaintiff's amended complaint until May 15, 2006. Additional time is needed to investigate the claims and allegations set forth in plaintiff's amended complaint so that a proper response can be made to the allegations.

---

[1] The undersigned informed plaintiff's counsel that according to D.C. Official Code § 35-1511 (2001 ed.), UDC is an independent entity from the District government but is not a suable entity under the District Code. Instead, the proper party in interest is the Board of Trustees for UDC. The undersigned gave plaintiff consent to substitute "The Board of Trustees for UDC" as the proper party in interest.

3. Under Fed. R. Civ. P. 6(b) provides that,

"[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done within a specified time, the court… may in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period previously prescribed…"

4. This motion is being made prior to the expiration of the prescribed period, is for good cause shown, and is with plaintiff's consent.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

By: _____
GEORGE E. RICKMAN [433298]
Assistant Attorney General
441 – 4th Street, N.W., 6th Floor North
Washington, D.C. 20001
(202) 442-9840; (202) 727-6295
Email: george.rickman@dc.gov

Local Rule 7 (m) Certificate

I do hereby certify that on April 24, 2006, the undersigned contacted Jimmy Bell, Esq., counsel for plaintiff, in an effort to obtain his consent to the relief sought herein. Mr. Bell informed the undersigned that he consents to the relief.

_____
GEORGE E. RICKMAN
Assistant Attorney General, D.C.