### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICHOLE NORRIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE DISTRICT OF COLUMBIA, )<br>)<br>Defendant. ) | Civil Action No. 05-1122 |

### ORDER

Upon consideration of the defendant University of the District of Columbia's consent motion to enlarge the time in which to file its response to plaintiff's Amended Complaint, the facts, the law and the record herein, it is this ____ day of ____, 2006, and it is,

**ORDERED:** that the defendant University of the District of Columbia's consent motion to enlarge the time to respond to plaintiff's amended complaint in hereby **GRANTED;** and it is,

**FURTHER ORDERED:** that the defendant University of the District of Columbia shall respond to plaintiff's amended complaint on or before May 15, 2006.

                                                                                     _____
                                                                                     HENRY H. KENNEDY
                                                                                     United States District Court Judge