## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE NORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1122 |
| ) | |
| THE DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the defendant University of the District of Columbia's motion to dismiss the amended complaint and memorandum in support thereof, any opposition thereto, any reply, the facts, the law and the record herein, it is this ___ day of _____ 2005, and it is,

**ORDERED:** that the defendant University of the District of Columbia's motion to dismiss the amended complaint is hereby **GRANTED;** and it is,

**FURTHER ORDERED:** that the amended complaint in Civil Action No. 05-1122 is hereby **DISMISSED** as to the defendant University of the District of Columbia**.**

                                              HENRY KENNEDY
                                              United States District Court Judge