IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        :
**NICOLE NORRIS,**                      :
                                        :
    Plaintiff,                  :  Case No.: 05-1122
                                        :
v.                                      :
                                        :
**THE DISTRICT OF COLUMBIA,**           :
                                        :
    Defendant.                  :
_____  :

**PLAINTIFF'S CONSENT MOTION TO SUBSTITUTE
"THE BOARD OF TRUSTEES OF THE UNIVERSITY OF THE
DISTRICT OF COLUMBIA" AS THE PROPER PARTY IN INTEREST**

    COMES NOW PLAINTIFF, Nicole Norris, by and through counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., pursuant to Federal Rule of Civil Procedure 25(c), and hereby files this Consent Motion to Substitute "The Board of Trustees of the University of the District of Columbia" as the Proper Party in Interest. Plaintiff had named the University of the District of Columbia as the Defendant in this matter, and properly served the summons and complaint upon Robin C. Alexander, General Counsel for UDC and an Executive Officer of the University. Defendant's Counsel, George E. Rickman, has wisely pointed to D.C. Official Code § 35-1511 (2001 ed.), which specifies that the University is not a suable entity under D.C. statute. See, Defendant's Motion for Enlargement, Docket No. 10, at 1. Defendant's Counsel has given consent to substitute the proper party in interest, the "The Board of Trustees of the University of the District of Columbia" as the proper party in interest in this matter and thus will not be prejudiced if this Motion is granted. Id.

Wherefore, for the reason of all of the foregoing, Plaintiff respectfully requests this Honorable Court GRANT Plaintiff's Consent Motion to Substitute "The Board of Trustees of the University of the District of Columbia" as the Proper Party in Interest.

                                         Respectfully submitted,

                                         _____/s/_____
                                         Jimmy A. Bell, Esq.
                                         The Law Office of Jimmy A. Bell, P.C.
                                         9610 Marlboro Pike
                                         Upper Marlboro, MD 20772
                                         (301) 599-7620 (Tel)
                                         (301) 599-7623 (Fax)
                                         Bar No. 14639

Dated:  May 22, 2006

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                            :
**NICOLE NORRIS,**                          :
                                                            :
    Plaintiff,                         :   Case No.: 05-1122
                                                            :
v.                                                         :
                                                            :
**THE DISTRICT OF COLUMBIA,**     :
                                                            :
    Defendant.                        :
_____:

## ORDER

Upon consideration of Plaintiff's Consent Motion to Substitute "The Board of Trustees of the University of the District of Columbia" as the Proper Party in Interest, the Defendant University of District of Columbia's consent thereto, and in the interests of justice, it is this _____, day of _____, 2006, hereby

ORDERED that Plaintiff's Motion is GRANTED, and "The Board of Trustees of the University of the District of Columbia" shall be substituted as the proper party in interest.

                                                                                               _____
                                                                              United States District Court Judge