# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **NICOLE NORRIS,** | : |
| Plaintiff, | : Case No.: 05-1122 |
| v. | : |
| **THE DISTRICT OF COLUMBIA,** | : |
| Defendant. | : |

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

COMES NOW PLAINTIFF, Nicole Norris, by and through counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and hereby files this Opposition to Defendant's Motion to Dismiss. Plaintiff has substituted the Board of Trustees as the proper party in interest, and for this reason, Defendant's motion must be denied as moot.

Wherefore, for the reason of all of the foregoing, Plaintiff respectfully requests this Honorable Court DENY the Defendant's Motion to Dismiss as MOOT.

Respectfully submitted,

_____/s/_____
Jimmy A. Bell, Esq.
The Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620 (Tel)
(301) 599-7623 (Fax)
Bar No. 14639

Dated: May 26, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
:
**NICOLE NORRIS,**       :
:
    Plaintiff,       :   Case No.: 05-1122
:
v.       :
:
**THE DISTRICT OF COLUMBIA,**       :
:
    Defendant.       :
_____ :

## **ORDER**

Upon consideration of Defendant's Motion to Dismiss, the Plaintiff's opposition thereto, and in the interests of justice, it is this _____, day of _____, 2006, hereby

ORDERED that Defendant's Motion shall be and the same hereby is DENIED as MOOT.

_____
United States District Court Judge