**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **NICOLE NORRIS,** | : | |
| Plaintiff, | : | Case No.: 05-1122 |
| v. | : | |
| **THE DISTRICT OF COLUMBIA,** | : | |
| Defendant. | : | |

**PLAINTIFF'S MOTION FOR OTHER RELIEF: A SUMMONS FOR
"THE BOARD OF TRUSTEES OF THE UNIVERSITY OF THE
DISTRICT OF COLUMBIA," AS THE PROPER PARTY IN INTEREST**

COMES NOW PLAINTIFF, Nicole Norris, by and through counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., pursuant to Federal Rule of Civil Procedure 4, and hereby files this Motion for Other Relief: A Summons for "The Board of Trustees of the University of the District of Columbia," as the Proper Party in Interest. Plaintiff has had the Board of Trustees of the University of the District of Columbia substituted as the proper party in interest in this matter (Docket No. 12), and seeks to serve the proper party in interest.

Plaintiff attaches at Exhibit A a prepared summons made out for "Board of Trustees of the University of the District of Columbia.

Wherefore, for the reason of all of the foregoing, Plaintiff respectfully requests this Honorable Court GRANT Plaintiff's Motion for Other Relief: A Summons for "The Board of Trustees of the University of the District of Columbia," as the Proper Party in Interest.

                                                          Respectfully submitted,

                                                    _____/s/_____
                                                    Jimmy A. Bell, Esq.
                                                    The Law Office of Jimmy A. Bell, P.C.
                                                    9610 Marlboro Pike
                                                    Upper Marlboro, MD 20772
                                                    (301) 599-7620 (Tel)
                                                    (301) 599-7623 (Fax)
                                                    Bar No. 14639

Dated: May 26, 2006

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICOLE NORRIS,** | : |
| Plaintiff, | : Case No.: 05-1122 |
| v. | : |
| **THE DISTRICT OF COLUMBIA,** | : |
| Defendant. | : |

## ORDER

Upon consideration of Plaintiff's Motion for Other Relief: A Summons for "The Board of Trustees of the University of the District of Columbia," as the Proper Party in Interest, and in the interests of justice, it is this _____, day of _____, 2006, hereby

ORDERED that Plaintiff's Motion is GRANTED, and the Clerk of Court shall cause a summons for "The Board of Trustees of the University of the District of Columbia" to be issued and mailed to Plaintiff's Counsel at the address of record.

_____
United States District Court Judge