IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICOLE NORRIS,** : | |
| : | |
| Plaintiff, : | |
| : | Case No.:  1:05-cv-1122-HHK |
| v. : | |
| : | |
| **DISTRICT OF COLUMBIA, et al.** : | |
| : | |
| Defendant. : | |
| _____: | |

### PLAINTIFF'S MOTION FOR LEAVE
### OF COURT TO REISSUE SUMMONS

COMES NOW, Plaintiff Nicole Norris, by and through her attorney Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and respectfully asks this Court to reissue a summons to the Defendant in the above-captioned matter.

For cause, Plaintiff states the following:

1. Under Fed. R. Civ. P. 6(b), this Court may, at any time, and for cause shown, "enlarge the time period for an act required to be done in a specific time."

2. A summons was issued in the above-captioned matter for the Board of Trustees of the University of the District of Columbia on June 5, 2006.

3. Plaintiff has never received the summons in this case.

4. Less than 120 days has passed from the issue of the summons on June 5, 2006.

5. For this reason, Plaintiff asks this Court to reissue a summons to be served, along with the Complaint, on the Defendant.

WHEREFORE, for the foregoing reasons, Plaintiff requests that this Honorable Court GRANT Plaintiff's Motion.

                    Respectfully submitted,

                    _____/s/_____
                    Jimmy A. Bell, Esq.
                    Law Office of Jimmy A. Bell, P.C.
                    9610 Marlboro Pike
                    Upper Marlboro, MD 20772
                    (301) 599-7620
                    (301) 599-7623 (Fax)
                    Counsel for Plaintiff
                    Bar No. MD 14639

Dated: September 5, 2006

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NICOLE NORRIS,** : | |
| : | |
| Plaintiff, : | |
| : | **Case No.: 1:05-cv-1122-HHK** |
| v. : | |
| : | |
| **DISTRICT OF COLUMBIA, et al.** : | |
| : | |
| Defendant. : | |
| _____: | |

**ORDER**

In consideration of Plaintiff's Motion for Leave of Court to Reissue Summons, it is hereby ORDERED that Plaintiff's Motion for Leave of Court to Reissue Summons is GRANTED.

SO ORDERED, this \_\_\_ day of September, 2006.

_____
US District Court Judge