IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **NICOLE NORRIS** | : | |
| | : | **Case No.:** 1:05CV01122 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **DISTRICT OF COLUMBIA GOVERNMENT** | : | |
| | : | |
| Defendant. | : | |

## AFFIDAVIT OF SERVICE OF PROCESS

    I, Jimmy A. Bell, Esq. of the Law Office of Jimmy A. Bell, P.C., located at 9610 Marlboro Pike, Upper Marlboro, Maryland 20772, being over 18 years of age, state the following:

    I am the attorney of record for Plaintiff in the above captioned case. Plaintiff served the Amended complaint and summons in this action upon Defendant District of Columbia Government via the Office of the Mayor, 1350 Pennsylvania Avenue, NW Washington, D.C. 20004 on April 10, 2007 at approximately 12:55 p.m. signed for by M. Katz. *See Exhibit* Fedex (Tracking Number 858708045779)

    The Complaint and Amended complaint and summons in this action were served upon Defendant District of Columbia Government in its representative capacity for the University of the District of Columbia via courier through the university of the District of Columbia's, Office of General Counsel, 4200 Connecticut Avenue, NW Washington, D.C. 20008 on April 10, 2007 at approximately 10:25 a.m. signed for by C. Douglas. *See Exhibit* Fedex (Tracking Number 858708046087)

    Under penalty of perjury, I certify that the above statements are true.

                                                           _____/s/_____
                                                           Jimmy A. Bell, Esq.