IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICOLE NORRIS** | : |
| | : |
| | : **Case No.:** 1:05CV01122 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| **DISTRICT OF COLUMBIA** | : |
| **GOVERNMENT, et al.** | : |
| | : |
| Defendant. | : |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

COMES NOW Plaintiff Nicole Norris, by and through counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and hereby files this Motion for Entry of Default against Defendants.

Plaintiff's arguments will be more fully set forth in the accompanying Memorandum of Points and Authorities.

                                                            Respectfully submitted,

                                                    _____/s/_____
                                                    Jimmy A. Bell, Esq.
                                                    Law Office of Jimmy A. Bell, P.C.
                                                    9610 Marlboro Pike
                                                    Upper Marlboro, MD 20772
                                                    301-599-7620 (office)
                                                    301-599-7623 (fax)
                                                    Bar No. MD 14639

1

Case 1:05-cv-01122-HHK-DAR    Document 18    Filed 02/20/2008    Page 2 of 6

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NICOLE NORRIS** : | |
| : | **Case No.:** 1:05CV01122 |
| Plaintiff, : | |
| v. : | |
| **DISTRICT OF COLUMBIA GOVERNMENT, et al.** : | |
| Defendant. : | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

COMES NOW, Plaintiff Nicole Norris, by and through counsel Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and hereby files this Memorandum of Points and Authorities in Support of Plaintiff's Motion for Entry of Default against Defendant District of Columbia Government. For cause, Plaintiff Norris states the following:

1. "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default." Fed. R. Civ. P. 55 (a).

2. Plaintiff Norris filed a Complaint against the Defendant seeking affirmative relief in the amount of 5,000,000.00 on June 7, 2005 and an Amended Complaint. .

3. The Complaint and Amended complaint and summons in this action were served upon Defendant District of Columbia Government in its representative capacity

2

for the University of the District of Columbia via courier through the university of the District of Columbia's, Office of General Counsel, 4200 Connecticut Avenue, NW Washington, D.C. 20008 on April 10, 2007 at approximately 10:25 a.m.

4. The complaint and summons in this action were also served upon Defendant District of Columbia Government in its representative capacity for the University of the District of Columbia via the Office of the Mayor, 1350 Pennsylvania Avenue, NW Washington, D.C. 20004 on April 10, 2007 at approximately 12:55 p.m.

5. In requesting entry of default, Plaintiff Norris attests that the Defendant is not an infant or incompetent person.

6. In requesting entry of default, Plaintiff Norris attests that the Defendant is not in the military. *See Exhibit*, Military Affidavit.

7. To date, the Defendant has failed to plead or otherwise defend against Plaintiff's properly severed Amended Complaint which seeks $5,000,000.00 in compensatory damages for unlawful discrimination in violation of the Civil Rights Act of 1866, 42 U.S.C. §1981, and violation of the D.C. Human Rights Act §2-1402.41.

8. In requesting an entry of default, Plaintiff Norris attests the Defendant did not file an answer or other required pleading to the properly served Amended Complaint.

9. In requesting entry of default, Plaintiff Norris attests that the Defendant has not challenged the Plaintiff's properly served Amended Complaint by a motion under Fed. R. Civ. P. 12(b) or 56.

10. In requesting entry of default, Plaintiff Norris attests that the Defendant did not otherwise defend. The Defendant did not take any action or file any document that indicated the Defendant's intent to defend the suit after proper service.

11. In requesting entry of default, Plaintiff Norris attests that the Defendant's time to defend against Plaintiff's Norris' Complaint expired on April 30, 2007, but as of February 20, 2008, the Defendant has failed to defend.

WHEREFORE, Plaintiffs Norris respectfully requests that an entry of default be made against Defendant.

Respectfully submitted,

_____/s/_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
301-599-7620 (office)
301-599-7623 (fax)
Bar No. MD 14639

<u>CERTIFICATE OF SERVICE</u>

  I HEREBY CERTIFY that a copy of the foregoing was mailed, postage prepaid on this __20___ day of ___February_____, 2008, to Defendant, District of Columbia Government, at Executive Office of the Mayor, 1350 Pennsylvania Avenue, N.W. Washington D.C. 20004.

             _____/s/_____
             Jimmy A. Bell, Esq.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was mailed, postage prepaid on this _20____ day of ____February_____, 2008, to Defendant, District of Columbia Government, at the University of the District of Columbia, Office of General Counsel, 4200 Connecticut Avenue, N.W. Washington, D.C. 20008.

                                                   _____/s/_____
                                                     Jimmy A. Bell, Esq.