## MILITARY AFFIDAVIT

The Defendant District of Columbia Government is a government entity, and therefore is not a member of the military.

Under penalty of perjury, I certify that the above statements are true.

```
_____/s/_____
```
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
301-599-7620 (office)
301-599-7623 (fax)
Bar No. MD 14639

Case 1:05-cv-01122-HHK-DAR     Document 18-2     Filed 02/20/2008     Page 1 of 1