IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICOLE NORRIS** | : |
| Plaintiff, | : **Case No.:** 1:05CV01122 |
| v. | : |
| **DISTRICT OF COLUMBIA GOVERNMENT** | : |
| Defendant. | : |

**ORDER**

UPON review Plaintiff's Motion for Entry of Default, and in the interests of justice, it is this _____ day of _____ 2008,

ORDERED that the Plaintiff's Motion for Entry of Default shall be and the same is hereby granted.

_____
UNITED STATES DISTRICT COURT JUDGE