# Government of the District of Columbia
Office of the Secretary of the District of Columbia



Dr. Stephanie D. Scott
Acting Secretary of the District of Columbia

## MEMORANDUM

**TO:** Mr. George Valentine
Deputy Attorney General
Civil Litigation Division
Office of the DC Attorney General

**FROM:** Dr. Stephanie D. Scott
Acting Secretary of the District of Columbia

**DATE:** January 16, 2007

**SUBJECT:** Designation of Staff to Handle/ Accept Legal Correspondence
(Summons, Subpoenas, Civil Actions)

In accordance with Mayor's Order 2004-77, dated May 14, 2004, the memorandum serves to notify the Office of the Attorney General that the employees named below are, herewith, designated to received legal correspondence on behalf of the Mayor/Secretary of the District effective January 12, 2007.

- Tabatha Braxton, Staff Assistant, Office of the Secretary
- Arlethia Thompson, Executive Assistant, Office of the Secretary
- Erica Easter, Chief of Staff, Office of the Secretary

Should you have any questions, please do not hesitate to contact me. I can be reached at (202) 727-6306.

Cc: The Mayor's Correspondence Unit
Peter Nickels, General Counsel to the Mayor
Linda Singer, Attorney General

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
OFFICE OF THE ATTORNEY GENERAL



ATTORNEY GENERAL

Office Order No. 2005-19

SUBJECTS: Designation of employees authorized to receive service of process on behalf of the Attorney General for the District of Columbia.

Pursuant to Reorganization Order No. 50 of June 26, 1953, as amended, the following employees in the Civil Litigation Division, Office of the Attorney General for the District of Columbia, are designated to receive service of process on behalf of the Attorney General (formerly the Corporation Counsel) when service is required to be made on the Attorney General or the District pursuant to Rule 4(j) of the Civil Rules of the Superior Court or pursuant to Mayor's Order:

Darlene Fields, Secretary
Tonia Robinson, Legal Assistant
Gale Rivers, Secretary

In the absence of these three individuals, the Deputy or the Assistant Deputy of the Civil Litigation Division may also accept service of process.

An employee receiving service of process pursuant to this Order shall note the time and date of receipt on the document, and shall forward all papers served on the employee to the Civil Litigation Division for docketing.

This Order will take effect immediately and supersedes all previous Orders, including Office Order No. 4-91 (May 17, 1991), to the extent of any inconsistency.

Robert J. Spagnoletti
Attorney General

Dated this 6th day of June, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICOLE NORRIS** : | |
| : | Case No.: 1:05CV01122 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| **DISTRICT OF COLUMBIA** : | |
| **GOVERNMENT** : | |
| : | |
| Defendant. : | |
| : | |

### AFFIDAVIT OF SERVICE OF PROCESS

    I, Jimmy A. Bell, Esq. of the Law Office of Jimmy A. Bell, P.C., located at 9610 Marlboro Pike, Upper Marlboro, Maryland 20772, being over 18 years of age, state the following:

    I am the attorney of record for Plaintiff in the above captioned case. Plaintiff served the Amended complaint and summons in this action upon Defendant District of Columbia Government via the Office of the Mayor, 1350 Pennsylvania Avenue, NW Washington, D.C. 20004 on April 10, 2007 at approximately 12:55 p.m. signed for by M. Katz. *See Exhibit* Fedex (Tracking Number 858708045779)

    The Complaint and Amended complaint and summons in this action were served upon Defendant District of Columbia Government in its representative capacity for the University of the District of Columbia via courier through the university of the District of Columbia's, Office of General Counsel, 4200 Connecticut Avenue, NW Washington, D.C. 20008 on April 10, 2007 at approximately 10:25 a.m. signed for by C. Douglas. *See Exhibit* Fedex (Tracking Number 858708046087)

    Under penalty of perjury, I certify that the above statements are true.

                                                     /s/_____
                                            Jimmy A. Bell, Esq.