UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE NORRIS, | : |
| Plaintiff, | : |
| v. | : Case No. 05-cv-1122 (HHK) |
| | : Judge Henry H. Kennedy, Jr. |
| BOARD OF TRUSTEES OF THE UNIVERSITY OF THE DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

**ORDER**

Upon consideration of the District of Columbia's Motion to Dismiss, plaintiff's opposition thereto, and the entire record herein, it is this _____ day of

_____ 2008,

**ORDERED** that District of Columbia's Motion to Dismiss is **GRANTED**; and it is

**FURTHER ORDERED** that all claims as to the District of Columbia are **DISMISSED** with prejudice; and it is

**FURTHER ORDERED** that the Clerk shall caption this matter Nicole Norris v. Board of Trustees of the University of the District of Columbia.

**SO ORDERED**.

_____
The Honorable Henry H. Kennedy, Jr.
Judge, U.S. District Court for the District of Columbia

Copies to:

Kerslyn D. Featherstone, Esq.
Phillip A. Lattimore, Esq.
*Attorneys for the District of Columbia*

Jimmy A. Bell, Esq.
*Attorney for Plaintiff*