UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICOLE NORRIS,** :<br>:<br>  **Plaintiff,** :<br>: Case No. 05-cv-1122 (HHK)<br>v. : Judge Henry H. Kennedy, Jr.<br>:<br>**BOARD OF TRUSTEES OF THE** :<br>**UNIVERSITY OF THE DISTRICT** :<br>**OF COLUMBIA,** :<br>:<br>  **Defendant.** :<br>_____ : | |

# ORDER

Upon consideration of the Plaintiff's Motion for Default, the District's Opposition thereto, and the entire record herein, it is this _____ day of _____ 2008,

**ORDERED** that Plaintiff's Motion is **DENIED**, as to the District, for the reasons stated in the District of Columbia's opposition; and it is

**FURTHER ORDERED** that all claims as to the District of Columbia are **DISMISSED** with prejudice; and it is

**FURTHER ORDERED** that the Clerk shall caption this matter Nicole Norris v. Board of Trustees of the University of the District of Columbia.

**SO ORDERED**.

_____
The Honorable Henry H. Kennedy, Jr.
Judge, U.S. District Court for the District of Columbia

Copies to:

Kerslyn D. Featherstone, Esq.
Phillip A. Lattimore, Esq.
*Attorneys for the District of Columbia*

Jimmy A. Bell, Esq.
*Attorney for Plaintiff*