UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE NORRIS, | : |
|     Plaintiff, | : |
| | : |
| v. | :    No. 05-1122 (HHK) |
| | : |
| DISTRICT OF COLUMBIA | : |
| GOVERNMENT, et al., | : |
|     Defendant. | : |

## MOTION TO DISMISS THE BOARD OF TRUSTEES OF THE UNIVERSITY OF THE DISTRICT OF COLUMBIA ON GROUNDS OF IMPROPER SERVICE OF PROCESS

The Board of Trustees of the University of the District of Columbia (hereinafter the Board) moves this Court, pursuant to Fed. R. Civ. P. 12(b)(5), to dismiss this amended complaint on grounds that Plaintiff has failed to serve a copy of the summons and of the amended complaint on either the chief executive officer of the Board or the University of the District of Columbia. Fed. R. Civ. P. 4(j). In addition, Plaintiff has failed to serve a copy of the summons and of the amended complaint to an officer, managing or general agent, or to any other agent authorized by appointment or by law to receive service of process on the Board or the University of the District of Columbia. Fed. R. Civ. P. 4(h)(1). Accordingly, the Board of Trustees moves this Court to dismiss this amended complaint.

                                                                           Respectfully submitted,

                                                                           PETER NICKLES
                                                                           Interim Attorney General
                                                                            for the District of Columbia

                                                                           GEORGE C. VALENTINE
                                                                           Deputy Attorney General,
                                                                           Civil Litigation Division

        2

       /s/
_____
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III
Office of Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 727-6295
(202) 727-3625 (fax)
E-mail:  phillip.lattimore@dc.gov

*Counsel for District of Columbia*

Case 1:05-cv-01122-HHK-DAR   Document 21   Filed 02/22/2008   Page 2 of 7

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NICOLE NORRIS,** : | |
|     **Plaintiff,** : | |
| : | |
| **v.** : | **No. 05-1122 (HHK)** |
| : | |
| **DISTRICT OF COLUMBIA** : | |
| **GOVERNMENT, et al.,** : | |
|     **Defendant.** : | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISSS THE BOARD OF TRUSTEES OF THE UNIVERSITY OF DISTRICT OF COLUMBIA

The Board submits this memorandum of points and authority in support of its motion to dismiss.

**Relevant Facts**

In his motion for entry of default, Plaintiff claims that he served the "Defendant District of Columbia Government in its representative capacity for the University of the District of Columbia via courier through the University of the District of Columbia's Office of General Counsel" by delivering a copy of the complaint, amended complaint and summons on "C. Douglas" on or about April 10, 2007. Motion for Entry of Default, Affidavit of Service of Process. Although C. Douglas (aka Cobb Douglas) is employed at the University of the District of Columbia, he neither works for the Board of Trustees, the Office of General Counsel, nor the Office of President of the University. He is a mailroom clerk for the University and has not been authorized by either the President or the Chair of the Board of Trustees to accept service for the Board. In her motion, Plaintiff does not allege that she served the Board of Trustees of the University of the District of Columbia even though the record in this case clearly demonstrates that it is the

3

proper party. Docket Nos. 12, and 14; Orders of May 23, 2006, and June 5, 2006. Moreover, Plaintiff did not file her affidavit of service until *ten* months after alleged service and more than one year after the summons were re-issued by this Court. *See* Docket Nos. 16 and 17.

The Board of Trustees for the University of the District of Columbia incorporates by reference the facts that are set forth in the District of Columbia Government's motion to dismiss Plaintiff's Amended complaint. See Docket Nos. 19, 20.

## Discussion

**Improper Service on the Board Warrants Dismissal of this Suit.**

Although not clearly set forth in the motion, it appears that Plaintiff seems to be saying that she effectively served the Board of Trustees of the University of the District of Columbia by delivering a copy of the complaint, amended complaint and summons to the University's Office of General Counsel by having "C. Douglas" sign for a federal expresss courier package. Despite this contention, Plaintiff has failed to effectively serve the Board.

Fed. R. Civ. P. 4(j) specifically states that service on a governmental organization that is subject to suit shall be effected by delivering a copy of the summons and of the complaint to its chief executive officer, or by serving the summons and complaint in the manner prescribed by the law of that state for the service of summons upon any such defendant. *See also* Super. Ct. Civ. R. 4(j)(1-2). Here, Plaintiff has done neither.

The chief executive officer of the University of the District of Columbia is the President of the institution. *See* 8 D.C.M.R. § 202.1. The President of the University in April 2007, was Dr. William Lawrence Pollard. Plaintiff has neither served Dr. Pollard

4

nor his designee. Instead, Plaintiff attests that she delivered her complaint, amended complaint, and summons to a "C. Douglas," a UDC employee who works in the University's mailroom, by federal express courier. Clearly, a mailroom clerk is not contemplated to be a chief executive officer for purposes of the federal rules. Mr. Douglas is not the chief executive officer of UDC[1].

Moreover, "C. Douglas" is not an officer, managing or general agent, or agent authorized by appointment or by law to receive service of process for either the Board or University of the District of Columbia. *See* Super. Ct. Civ. R. 4(h)(1) and Fed. R. Civ. P. 4(h)(1). Here, Mr. Douglas has not been authorized by the chief executive officer of the University of the District of Columbia to accept service. Accordingly, Plaintiff has failed to effectuate service in a manner that is prescribed by the law of the District of Columbia. *Pacific Lanes v. Bowling Proprietors Association,* 248 F.Supp. 347 (D. Ore. 1965)(service on director was neither an officer nor a managing agent of the corporation and was invalid).

Finally, this office has been advised that C. Douglas is not authorized to accept service on behalf of the Office of General Counsel[2]. And even if Mr. Douglas was employed in the Office of General Counsel, he would not be the chief executive officer of the governmental entity and authorized to accept service of legal documents. *See Calder v. Stanly County Board of Education,* 2002 U.S. Dist. LEXIS 20687 *6-7 (M.D. N.C., Sept. 26, 2002).

---

[1] Service on a trustee member appears to be invalid service as well. *See Beachboard v. Trustees of Columbia University*, 475 A.2d 398 (D.C. 1984)(service on University trustee is insufficient to put University on notice of claim).
[2] The Board will submit an affidavit and/or declaration to support this representation under separate cover.

5

## CONCLUSION

In sum, Plaintiff's service of his complaint, amended complaint and summons on C. Douglas, a mailroom clerk or employee, by federal express courier fails to meet the requirements of either Fed. R. Civ. P. 4 or Super. Ct. Civ. R. 4. *See, e.g, Tafler v. District of Columbia*, 2006 U.S. Dist. LEXIS 81714 (D.D.C. November 8, 2006). Therefore, this Court should dismiss this complaint for failing to properly serve the Board.

Respectfully submitted,

PETER NICKLES
Interim Attorney General
 for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division


           /s/
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III
Office of Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 727-6295
(202) 727-3625 (fax)
E-mail:  phillip.lattimore@dc.gov

*Counsel for District of Columbia*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NICOLE NORRIS,** | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No. 05-1122 (HHK) |
| | : | |
| **DISTRICT OF COLUMBIA** | : | |
| **GOVERNMENT, et al.,** | : | |
| **Defendant.** | : | |

**O R D E R**

Upon consideration of the motion to dismiss the Board of Trustees for the University of the District of Columbia, the memorandum of points and authorities in support thereof, the opposition, if any, and the record herein, it is this _____ day of _____, 2008, hereby:

ORDERED:   that the motion shall be GRANTED;

FURTHER ORDERED:  that the case shall be dismissed.

_____
Hon. Henry H. Kennedy
U.S. District Judge


Kerslyn Featherstone
Assistant Attorney General

Jimmy A. Bell, Esq.