## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| |
|---|
| **NICOLE NORRIS,** |
| **Plaintiff,** |
| **v.** |
| **UNIVERSITY OF THE DISTRICT OF COLUMBIA, et al.,** |
| **Defendants.** |

**Civil Action 05-01122 (HHK) (DAR)**

## ORDER REFERRING MOTION TO
## UNITED STATES MAGISTRATE JUDGE DEBORAH ROBINSON

It is this 28th day of February 2008, hereby

**ORDERED** that plaintiff's motion for entry of default [#18], docketed February 20, 2008; the motion to dismiss of the District of Columbia [#19], docketed February 22, 2008; and the motion to dismiss of the Board of Trustees of the University of the District of Columbia [#21], docketed February 22, 2008, are hereby referred to United States Magistrate Judge Deborah Robinson for her Report and Recommendation pursuant to LCvR 72.3. Henceforth, and until this referral is terminated, all filings in this case relevant to this motion shall include the initials of the assigned Magistrate Judge, "DAR," in the caption next to the initials of the undersigned judge**.** See LCvR 5.1(f).

Henry H. Kennedy, Jr.
United States District Judge