IN THE UNITED STATES DISRTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICOLE NORRIS** : | |
| : | |
| Plaintiffs, : | |
| : | **Case No.: 05-CV-1122 (HHK)** |
| v. : | |
| : | |
| **DISTRICT OF COLUMBIA, et al.** : | |
| : | |
| Defendant. : | |
| : | |

## ORDER

UPON CONSIDERATION of Plaintiff's Motion for Default Judgment, Defendant's Opposition thereto, and in the interests of justice, it is this _____ day of _____, 2008, hereby

ORDERED, that Plaintiff's Motion is hereby GRANTED.

_____
United States District Court Judge

