IN THE UNITED STATES DISRTICT COURT
FOR THE DISTRICT OF COLUMBIA

**NICOLE NORRIS**

    Plaintiffs,

    v.

**DISTRICT OF COLUMBIA, et al.**

    Defendant.

Case No.: 05-CV-1122 (HHK)

## **ORDER**

UPON CONSIDERATION of Defendant's Motion to Dismiss, Plaintiff's Opposition thereto, and in the interests of justice, it is this _____ day of _____, 2008, hereby

ORDERED, that Defendant's Motion is hereby DENIED.

_____
United States District Court Judge

