IN THE UNITED STATES DISRTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICOLE NORRIS** : <br> : <br> : <br> Plaintiffs, : <br> : Case No.: 05-CV-1122 (HHK) <br> v. : <br> : <br> **DISTRICT OF COLUMBIA, et al.** : <br> : <br> Defendant. : <br> : | |

## ORDER

UPON CONSIDERATION of Defendant's Motion to Dismiss, Plaintiff's Opposition thereto, and in the interests of justice, it is this _____ day of _____, 2008, hereby

ORDERED, that Defendant's Motion is hereby DENIED.

_____
United States District Court Judge

