IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE NORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1122 |
| ) | (HHK)(DAR) |
| ) | |
| UNIVERSITY OF THE DISTRICT OF ) | |
| COLUMBIA, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF DAVID WATTS

I, David Watts, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge:

1. I am an adult over the age of 18 years old, and I am competent to provide the information herein.

2. I am the General Counsel for the University of the District of Columbia, a publicly chartered institution in the District of Columbia.

3. I have been the General Counsel for the University since April 17, 2007

4. Since my employment with the agency, no person by the name of C. Douglas has ever worked in the Office of General Counsel.

5. As General Counsel for University of District of Columbia, I have not authorized C. Douglas to accept legal service of documents on behalf of the University.

6. Only the President of the University is authorized to accept legal service of documents on behalf of the University of the District of Columbia. The President has not delegated his authority to accept service of legal documents to C. Douglas.

7. The person named C. Douglas in Plaintiff's affidavit appears to be Cobb Douglas, and he works in the central mailroom for the University.

DATED 2.29.08                           _David Watts_
                                         David Watts