UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NICOLE NORRIS,

          Plaintiff,

        v.

UNIVERSITY OF THE DISTRICT OF
COLUMBIA, et al.,

          Defendants.

Civil Action 05-01122 (HHK) (DAR)

**ORDER**

Before the court is the report and recommendation [#30] by Magistrate Judge Deborah A. Robinson recommending that plaintiff's motion for entry of default [#18] be denied, that defendant University of the District of Columbia's motion to dismiss [#19] be denied as moot, that defendant Board of Trustees of the University of the District of Columbia's motion to dismiss [#21] be denied, and that plaintiff's alternative request for an extension of time to effectuate service as to the Board of Trustees [#25] be granted, but that the extension of time be limited to twenty days from the entry of any order adopting the instant report and recommendation.

For the reasons stated therein, the court adopts the report and recommendation. Accordingly, it is this 12th day of September, 2008, hereby

**ORDERED** that plaintiff's motion for entry of default [#18] is **DENIED**; and it is further

**ORDERED** that the University of the District of Columbia's motion to dismiss [#19] is **DENIED** as moot; and it is further

**ORDERED** that the Board of Trustees of the University of the District of Columbia's motion to dismiss [#21] is **DENIED**; and it is further

**ORDERED** that plaintiff's request for an extension of time to effectuate service as to the Board of Trustees [#25] is **GRANTED**; and it is further

**ORDERED** that plaintiff has only twenty days from the date on which this order is docketed to effectuate service.

Henry H. Kennedy, Jr.
United States District Judge
